NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LESHAE A. ASHLEY,                      )
                                       )
          Appellant,                   )
                                       )
v.                                     )        Case No. 2D18-4842
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Nicholas R. Thompson,
Judge.

PER CURIAM.

        Affirmed.  See State v. Weaver, 957 So. 2d 586 (Fla. 2007); McDonald v.

State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d

DCA 2009); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Shortridge v.

State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d

DCA 2002); Johnson v. State, 164 So. 3d 794 (Fla. 1st DCA 2015); Sims v. State, 141

So. 3d 613 (Fla. 4th DCA 2014); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001);

Graves v. State, 704 So. 2d 147 (Fla. 1st DCA 1997).


KHOUZAM, C.J., and SLEET and BADALAMENTI, JJ., Concur.